UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DEE KYLE,

        Plaintiff,

                                          Case No.: 1:12-cv-584

v.

                                          HONORABLE PAUL L. MALONEY

PROJECT REHAB, NATHAN
PROCTOR, AND RODNEY TERRY

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 4).  The Report and Recommendation was duly served.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that the plaintiff's complaint is DISMISSED in its entirety for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(a).


Dated:  July 17, 2012                                      /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge