UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DEE KYLE,

    Plaintiff,

Case No. 1:12-cv-584

v.

HONORABLE PAUL L. MALONEY

PROJECT REHAB, NATHAN
PROCTOR, and RODNEY TERRY,

    Defendants,
_____/

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendants and against the plaintiff.

Date: July 17, 2012

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District